Order filed November 25, 2015



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00479-CV

_____

**EMMALINE WILEY AND ALL OCCUPANTS, Appellant**

**V.**

**DEL PAPA COMMUNITY, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1062543**

---

## O R D E R

Appellant's brief was due November 9, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 9, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM